UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-01717-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARK DANIEL ADAMCZYK, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Plaintiffs' proposed discovery plan. Docket No. 27. The Local Rules require the parties to participate in a conference regarding discovery and submit a *joint* discovery plan to the Court. *See, e.g.*, Fed. R. Civ. P. 26(f); Local Rule 26-1(d). The pending discovery plan indicates that Defendant Adamcyzk refused to participate in the Rule 26(f) conference or in the submission of the discovery plan. *See* Docket No. 27 at 1-2. The pending discovery plan is hereby DENIED.

The Court hereby ORDERS Defendant Adamcyzk to contact Plaintiffs' counsel by telephone, no later than January 28, 2015, to arrange a time and date to hold the Rule 26(f) conference. Defendant Adamcyzk is further ORDERED to participate in the preparing of a proposed discovery plan. The parties are lastly ORDERED to file a proposed discovery plan no later than February 4, 2015.

IT IS SO ORDERED.

DATED: January 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge