UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-01717-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARK DANIEL ADAMCZYK, et al., ) | |
| ) | |
| Defendant(s). ) | |

On February 18, 2015, the Court ordered Defendant Mark Daniel Adamcyzk ("Defendant") to show cause in writing why he should not be sanctioned. Docket No. 34. Defendant then filed an unsigned response. Docket No. 36. The unsigned response was stricken and Defendant was ordered to file a signed response. Docket No. 38. No signed response was ever filed. The Court hereby **ADMONISHES** Defendant for failing to comply with Court orders. To the extent this case continues,[1] the Court warns Defendant that future non-compliance with orders may result in the imposition of significant sanctions, up to and including case-dispositive sanctions.

IT IS SO ORDERED.

DATED: June 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] It appears Defendant has ceased participating in this case, as he failed to respond to Plaintiffs' motion for summary judgment and motion to strike the amended answer and counterclaim. *See* Docket Nos. 39, 41.