UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01717-GMN-NJK |
| vs. | ) ORDER |
| MARK DANIEL ADAMCZYK, et al., | ) (Docket No. 50) |
| Defendant(s). | ) |

Pending before the Court is Plaintiffs' motion to extend various deadlines. Docket No. 50. The motion is based on Defendant's failure to meaningfully participate in discovery and the pendency of various motions, including a dispositive motion for summary judgment. *See id.* at 3. The Court hereby **GRANTS** the motion in part. Rather than set new deadlines at this time, however, the Court **VACATES** the current deadlines in the scheduling order. To the extent the case is not resolved through the dispositive motions that are now pending, Plaintiffs shall file a status report with new proposed deadlines within 7 days of the issuance of the orders resolving those motions.

IT IS SO ORDERED.

DATED: June 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge