AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Hakkasan LV, LLC, et al.,

Plaintiffs,

V.

Mark Daniel Adamczyk, et al.,

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:14-cv-01717-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs be awarded attorneys' fees in the amount of $28,610.80.

May 10, 2016
Date

/s/ Lance S. Wilson
Clerk

/s/ S. Denson
(By) Deputy Clerk