1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAKKASAN LV, LLC, et al., | ) | Case No. 2:14-cv-01717-GMN-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARK DANIEL ADAMCYZK, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

16    On August 19, 2015, Chief United States District Judge Gloria M. Navarro entered summary

17  judgment for Plaintiffs and against Defendant Mark Daniel Adamcyzk on most, but not all, of the

18  claims asserted. *See* Docket No. 52 at 16, 21 (denying summary judgment on claim for intentional

19  interference with prospective economic advantage, and ordering that "[t]his claim will move forward

20  in the judicial process").[1]  The Court hereby **ORDERS** Plaintiffs to file, no later than January 6,

21  2017, either (1) dismissal papers or (2) a notice that they intend to proceed further with this case and,

22  if so, a proposed timetable for doing so.

23    IT IS SO ORDERED.

24    Dated: December 23, 2016

25    _____

26    NANCY J. KOPPE
      United States Magistrate Judge

27

28    [1] It is also unclear whether Plaintiffs intend to pursue this case any further with respect to the
      non-appearing parties.