UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, et al., | |
| Plaintiff(s), | Case No. 2:14-cv-01717-GMN-NJK |
| vs. | ORDER |
| MARK DANIEL ADAMCYZK, et al., | |
| Defendant(s). | |

Based on Plaintiffs' status report, Docket No. 69, the Court hereby ORDERS that Plaintiffs shall file by February 6, 2017 the following: (1) dismissal paperwork for the remaining claim against Defendant Mark Daniel Adamcyzk and (2) motions for default judgment and permanent injunction against the non-appearing defendants.

IT IS SO ORDERED.

Dated: January 6, 2017

NANCY J. KOPPE
United States Magistrate Judge