LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
nortons@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANIEL ADAMCZYK, an individual; IDRIVE ORLANDO, LLC, a foreign limited liability company,<br><br>Defendants. | Case No.: 2:14-cv-01717-GMN-NJK<br><br>**ORDER GRANTING DISMISSAL OF REMAINING CLAIM AGAINST DEFENDANT MARK DANIEL ADAMCZYK ONLY** |

UPON CONSIDERATION of the Notice filed by Plaintiffs Hakkasan LV, LLC, and Hakkasan Limited ("Plaintiffs"), requesting a dismissal of the remaining claim in this case for intentional interference with prospective economic advantage against Defendant Mark Daniel Adamczyk only,

THE COURT HEREBY FINDS THAT:

IT IS ORDERED, ADJUDGED AND DECREED the remaining claim for intentional interference with prospective economic advantage against Defendant Mark Daniel Adamczyk is hereby DISMISSED.

DATED: __31__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LV 420854926v1

Respectfully submitted by:

GREENBERG TRAURIG, LLP

/s/ Shauna L. Norton
Lauri S. Thompson (Bar No. 6846)
SHAUNA L. NORTON, ESQ. (Bar No. 11320)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*

LV 420854926v1