UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, et al., | Case No. 2:14-cv-01717-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 73-74) |
| MARK DANIEL ADAMCZYK, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiffs' motions for entry of default judgment and a permanent injunction. Docket Nos. 73-74. The motions are hereby **DENIED** without prejudice. First, the motions violate the local rule regarding page limits. *See* Local Rule 7-3(b) (all motions except for summary judgment must be limited to 24 pages). Second, the motions do not explain sufficiently that service of process was effectuated[1] and that the Court may permissibly exercise personal jurisdiction over the subject defendants. *See, e.g.*, *Tuli v. Republic of Iraq*, 172 F.3d 707, 712 (9th Cir. 1999).

//

//

---

[1] The motion indicates that each of the subject defendants was "personally served in this action." Docket No. 73 at 21. The record shows that Defendant James Patrick Adamcyzk was personally served, Docket No. 17, and that the registered agent for Defendant iDrive Orlando, LLC was personally served, Docket No. 14. With respect to Defendant My Domain Holdings, LLC, however, the record shows that service was made on the mother of the managing member of that entity. Docket No. 32. No legal authority is provided addressing whether such service is effective.

Any renewed motions for default judgment and a permanent injunction shall be filed by February 13, 2017.

IT IS SO ORDERED.

DATED: February 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge