LAURI S. THOMPSON, ESQ. (BAR NO. 6846)
SHAUNA L. NORTON, ESQ. (BAR NO. 11320)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
nortons@gtlaw.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>MARK DANIEL ADAMCZYK, an individual; iDRIVE ORLANDO, LLC, a Florida limited liability company; JAMES PATRICK ADAMCZYK, an individual; MYDOMAINHOLDINGS, LLC, a foreign entity,<br><br>Defendants. | Case No.: 2:14-cv-01717-GMN-NJK<br><br>**EX PARTE REQUEST FOR WITHDRAWAL OF PETER J. AJEMIAN AS COUNSEL FOR PLAINTIFFS** |

Plaintiffs Hakkasan LV, LLC and Hakkasan Limited (collectively "Plaintiffs") hereby requests that the Court withdraw Peter J. Ajemian as attorney of record in this matter, as Mr. Ajemian is no longer employed by the firm of Greenberg Traurig, LLP. Attorneys from Greenberg Traurig, LLP, including Lauri S. Thompson and Shauna L. Norton, will continue to serve as counsel for Plaintiffs. The Clerk's office is requested to make such changes to the docket and to the

...

...

...

...

...

...

-1-

LV 420889217v1

1  electronic notification system as necessary to reflect the withdrawal of Mr. Ajemian as counsel of
2  record for Plaintiffs.
3      Respectfully submitted this 3rd day of April, 2017.

**GREENBERG TRAURIG, LLP**

*/s/ Shauna L. Norton*
Lauri S. Thompson (Bar No. 6846)
Shauna L. Norton (Bar No. 11320)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: April 4, 2017